# Court of Appeals
# of the State of Georgia

ATLANTA,___July 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1993.  CELIO O. BURROWES v. SHEFFIELD PROPERTIES, LLC.**

Celio O. Burrowes filed this direct appeal from the state court's order denying his traverse in a garnishment action. Appeals in cases involving garnishment must be initiated by an application for discretionary appeal filed with this Court. OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). Because Burrowes failed to follow the required procedure, this appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____07/23/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.